**COLLEGENET, INC., Plaintiff–Appellant,**

v.

**MARKETLINX, INC., Defendant–Appellee.**

**No. 2012–1083.**

United States Court of Appeals, Federal Circuit.

June 19, 2012.

John D. Vandenberg, Klarquist Sparkman, LLP, of Portland, OR, argued for plaintiff-appellant. With him on the brief was Stephen J. Joncus.

Floyd R. Nation, Winston & Strawn, LLP, of Houston, TX, argued for the defendant-appellee. With him on the brief was Merritt D. Westcott.

NEWMAN, LOURIE, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**